

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1 | CHRISTOPHER CHIOU
Acting United States Attorney
2 | Nevada Bar No. 14853
DANIEL D. HOLLINGSWORTH
3 | Assistant United States Attorney
Nevada Bar No. 1925
4 | 501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
5 | (702) 388-6336
Daniel.Hollingsworth@usdoj.gov
6 | Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | 2:20-CR-199-JAD-NJK |
|---|---|
| Plaintiff, | **Substitution and Forfeiture Order of Javier Montano** |
| v. | |
| JAVIER MONTANO | |
| Defendant. | |

This Court, having read and considered the United States of America's Motion to Substitute and to Forfeit Property of Javier Montano.

This Court finds the government has met the four of the conditions to substitute and to forfeit Javier Montano's property.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the following assets are substituted and are forfeited to the United States pursuant to Fed. R. Crim. P. 32.2(e) and 21 U.S.C. § 853(p)(1)(A)-(p)(1)(D), and (p)(2):

1. 2018 GMC Sierra, VIN: 2GTR1MEC4J1109999, License Plate Number: RUFNG (2018 GMC Sierra); and

2. 6633 Lavender Lion St, North Las Vegas, Nevada 89086 (6633 Lavender Lion), more particularly described as:

> Lot Thirty-Nine (39) of FINAL MAP OF MARLIDA (a common interest community), as shown by map thereof on file in Book 125 of Plats, Page 84, in the Office of the County Recorder of Clark County, Nevada, TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON, APN: 124-24-310-039.

(all of which constitutes property).

This Court finds the United States of America is now entitled to, and should, reduce the property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the vehicle and take custody of the real property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED when the United States of America has seized the vehicle and has taken custody of the real property, and filed with this court notifying of her of these actions, the Motion to Substitute and to Forfeit and this Order will unseal automatically, allowing the government to serve Javier Montano and other individuals or entities that may have an interest in the property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all rights, titles, and interests of Javier Montano in the property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk provide three certified copies of this sealed order in a sealed envelope to government counsel named-above for the government to take custody of the real property and record it with the Clark County Recorder's Office.

Dated: __June 7_____, 2021.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT