

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAVIER MONTANO,<br><br>　　　　Defendant. | 2:20-CR-199-JAD-NJK<br><br>**Substitution and Forfeiture Order of Javier Montano** |

This Court, having read and considered the United States of America's Motion to Substitute and to Forfeit Property of Javier Montano, finds:

The government has met four of the conditions to substitute and to forfeit Javier Montano's property;

The government is now entitled to, and should, reduce the property to the possession of the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED the following asset is substituted and are forfeited to the United States pursuant to Fed. R. Crim. P. 32.2(e) and 21 U.S.C. § 853(p)(1)(A)-(p)(1)(D), and (p)(2): 1967 Silver Pontiac 2T GTO, VIN: 242177Z128178, Nevada License Plate FASGOAT (1967 GTO) (property);

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the vehicle;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED when the United States of America has seized the vehicle and filed with this court notifying her of this action, the Motion to Substitute and to Forfeit and this Order will unseal automatically,

allowing the government to serve Javier Montano and other individuals or entities that may have an interest in the property;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Javier Montano in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Daniel D. Hollingsworth
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk will provide three certified copies of this sealed order in a sealed envelope addressed: United States Attorney's Office, Attention Asset Forfeiture Unit.

Dated: October 5, 2021.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT

3