CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar Number 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER MONTANO,<br><br>Defendant. | 2:20-CR-199-JAD-NJK<br><br>**United States of America's Motion to Approve Listing Price for Real Property Located at 6633 Lavender Lion St., North Las Vegas, Nevada** |

The United States of America (United States) moves this Court to approve a listing sale price of $485,000 for Real Property Located at 6633 Lavender Lion St., North Las Vegas, Nevada 89086 (6633 Lavender Lion).[1]

### MEMORANDUM OF POINTS AND AUTHORITIES

On January 25, 2022, this Court ordered the Interlocutory Sale of 6633 Lavender Lion, ECF No. 54. Following the Court's Order, Douglas Sawyer (the Court-approved broker) appraised the property and based on recent sales, adjustments to the recent sales to account for differences between the property and comparable properties, the condition of the property, and the prevailing real estate market, opined that the property was worth between $475,000 and $485,000. Mr. Sawyer has recommended a listing price of $485,000.

---

[1] More particularly described as: Lot Thirty-Nine (39) of FINAL MAP OF MARLIDA (a common interest community), as shown by map thereof on file in Book 125 of Plats, Page 84, in the Office of the County Recorder of Clark County, Nevada, TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON, APN: 124-24-310-039 (property).

The United States recommends that this Court approve the recommended listing price of $485,000. The United States views this listing price as fair and reasonable based on the information received from Douglas Sawyer and the most recent comparable sales.

DATED: February 16, 2022.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE
DATED: 3/1/2022