JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAVIER MONTANO,<br><br>  Defendant.<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>  Third-Party Petitioner. | 2:20-CR-199-JAD-NJK<br><br>**Government's Unopposed Motion to Extend Time to File its Response to Fed. R Civ. P 60(b) Motion to Set Aside Amended Final Order of Forfeiture, ECF No. 60 (Second Request)** |

This Motion to Extend Time is the second request. LR IA 6-1.

The United States of America respectfully moves this Court for an Order extending the time for the government to file its Response to Fed. R Civ. P 60(b) Motion to Set Aside Amended Final Order of Forfeiture, ECF No. 60. The current deadline is May 27, 2022. The government requests an extension to and including June 24, 2022.

The reason for this extension is the parties are actively engaged in negotiations to resolve the forfeiture issue. On May 26, 2022, Christina V. Miller, counsel for Lakeview Loan Servicing, LLC, agreed to this extension.

Because of the foregoing reasons, the government requests this extension of time until June 24, 2022, so the third-party petitioner can provide the necessary financial records to determine the amounts owed. Once provided the third-party petitioner and the government should settle this forfeiture issue.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, June 24, 2022.

DATED: May 27, 2022.

                    JASON M. FRIERSON
                    United States Attorney

                    /s/ Daniel D. Hollingsworth
                    DANIEL D. HOLLINGSWORTH
                    Assistant United States Attorney

IT IS SO ORDERED:

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE

DATED: May 31, 2022.