JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-199-JAD-NJK |
| Plaintiff, | |
| v. | **Government's Unopposed Motion to Extend Time to File its Response to Fed. R Civ. P 60(b) Motion to Set Aside Amended Final Order of Forfeiture, ECF No. 60 (Third Request)** |
| JAVIER MONTANO, | |
| Defendant. | |
| LAKEVIEW LOAN SERVICING, LLC, | |
| Third-Party Petitioner. | |

This Motion to Extend Time is the third request. LR IA 6-1.

The United States of America respectfully moves this Court for an Order extending the time for the government to file its Response to Fed. R Civ. P 60(b) Motion to Set Aside Amended Final Order of Forfeiture, ECF No. 60. The current deadline is June 24, 2022. The government requests an extension to and including July 22, 2022.

The reasons for this extension are the parties are actively engaged in negotiations to resolve the forfeiture issue and Christina V. Miller and Lakeview Loan Servicing, LLC, can discuss and sign the proposed stipulation. On June 23, Christina V. Miller, counsel for Lakeview Loan Servicing, LLC, agreed to this extension.

/ / /

/ / /

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, July 22, 2022.

DATED: June 24, 2022.

JASON M. FRIERSON
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE

DATED: June 30, 2022

2