JASON M. FRIERSON
United States Attorney
Nevada Bar No.7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER MONTANO,<br><br>Defendant. | 2:20-CR-199-JAD-NJK<br><br>**Order Granting United States of America's Amended Motion to Approve Sale Price for Real Property Located at 6633 Lavender Lion St, North Las Vegas, Nevada 89086   [ECF No. 77]** |

The United States moves this Court to approve a sale of 6633 Lavender Lion St, North Las Vegas, Nevada 89086 (property)[1] for $430,000. This Motion corrects the sale price of the property due to a clerical error filed with this Court in the government's Motion to Approve Sale Price and Sale Terms of the property, ECF No. 76.

The reason for this request is to authorize Doug Sawyer to sell the property for $430,000 under the Court-ordered substitution and forfeiture order, the order for interlocutory sale, and the Second Amended Final Order of Forfeiture that declares the real property as property of the United States.

This Motion is made and is based on the papers and pleadings on file and the following Memorandum of Points and Authorities.

---

[1] More particularly described as:
Lot Thirty-Nine (39) of FINAL MAP OF MARLIDA (a common interest community), as shown by map thereof on file in Book 125 of Plats, Page 84, in the Office of the County Recorder of Clark County, Nevada, TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON, APN: 124-24-310-039.

**Motion and Memorandum of Points and Authorities**

This Court authorized the substitution and forfeiture of the property, the interlocutory sale of the property, and forfeited the property to the United States in the Second Amended Final Order of Forfeiture.[2] Mr. Sawyer listed the price for $485,000.[3] The buyer offered $430,000 to purchase the property. This real property has only had two offers. The first one was withdrawn. This offer is second offer.

If this Court approves the sale price, the proceeds will be accounted for and distributed according to law.

The government has determined this sale represents an arms-length transaction.

Dated: March 24, 2023.

JASON M. FRIERSON
United States Attorney

*/s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

**ORDER**

With good cause appearing and because the deadline to oppose this motion passed without opposition, IT IS ORDERED that the Government's Amended Motion to Approve Sale Price for this Real Property **[77] is GRANTED.**

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

DATED:   4/10/23

---

[2] Order granting Motion to Substitute and to Forfeit, ECF No. 29; Order granting Motion for Interlocutory Sale, ECF No. 54; Second Amended Final Order of Forfeiture, ECF No. 72.

[3] Order granting Motion for Listing Price, ECF No. 58.

2