UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAVIER MONTANO,<br><br>　　　　Defendant. | Case No. 2:20-cr-00199-JAD-NJK<br><br>ORDER |

　　IT IS THEREFORE ORDERED that upon consideration of the Request to Extend Deadline for Filing his Reply to Motion for Early Termination of Supervised Release, that the Defendant's Deadline to file his Objections is extended to April 15, 2025.

　　DATED this 2nd day of April, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE